### 327

William G. Troy
vs.
Providence Journal Company et al.

No. 43922

RESCRIPT
April 19, 1919

TANNER, P. J. This is an action of libel and is heard upon the plaintiff's demurrer to the special pleas alleging the truth of the libel complained of.

After examination of the pleadings, the Court is of the opinion that in the

demurrer to the first and third special pleas the demurrer should be sustained upon grounds 4, 5, 9 and 10; and that in the demurrer to the second special plea the demurrer should be sustained upon grounds 4, 7, 10 and 11.

For plaintiff: Joseph C. Cawley.

For defendant: Greenough, Easton & Cross.